No. 14,226.

COMMERCIAL STANDARD INSURANCE COMPANY v. ANDERSON.
(74 P. [2d] 1247)

Decided December 6, 1937.

Judgment affirmed en banc, on application for supersedeas, without written opinion.

Mr. L. C. GERDING, JR., for plaintiff in error.

Mr. H. W. SEAMAN, Mr. MORTIMER STONE, Mr. ALDEN T. HILL, for defendant in error.

No. 14,061.

LEE v. LEE.
(74 P. [2d] 1247)

Decided December 13, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck, Mr. Justice Young and Mr. Justice Knous participating.

Messrs. SMITH, BROCK, AKOLT & CAMPBELL, Mr. J. H. SHEPHERD, for plaintiff in error.

Mr. JOHN W. SHIREMAN, NORMA L. COMSTOCK, Mr. NORMAN H. COMSTOCK, for defendant in error.